******************************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion. In no event will any such motions be accepted before the "officially released" date.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the electronic version of an opinion and the print version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest print version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears on the Commission on Official Legal Publications Electronic Bulletin Board Service and in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

PRESCOTT, J., dissenting. I respectfully dissent as to the majority's dismissal of this appeal because I conclude that the issue raised in the petition for certification to appeal regarding whether the failure of trial counsel to move for a mistrial constituted ineffective assistance of counsel is debatable among jurists of reason. Nevertheless, I agree with the majority that the petitioner, Luis Flores, ultimately cannot prevail on his ineffective assistance of counsel claim for the reasons stated by the majority in analyzing whether the habeas court abused its discretion in denying certification to appeal. Therefore, I would affirm the judgment of the habeas court.